UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Brayam Montes Quintero**

     v.     Case No. 25-cv-465-PB-TSM

**Strafford County**
**Department of Corrections, et al.**

**ORDER**

The petitioner has filed an "Additional Notice of Relevant Authority and Request for Immediate Ruling." See Doc. 11. He contends that he is a member of the class certified in Guerrero Orellana v. Moniz and is therefore entitled to the declaratory and injunctive relief prescribed by that Court. See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025). He asks this Court to grant his petition and order his immediate release from custody or, in the alternative, order the government to provide him with a bond hearing.

The government is hereby directed to show cause on or before January 2, 2026, as to why I should not issue an order granting this petition to the extent of ordering the government to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) within fourteen days of my order's issuance and, if the government fails to comply, why I should not grant the writ and

set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

    SO ORDERED.

/s/ Paul Barbadoro<br>
Paul J. Barbadoro<br>
United States District Judge

December 22, 2025

cc:  Counsel of Record